ANNA B. HOTALING, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of Supplementary Proceedings: BRIDGET McGUIRE, Appellant, v. JOSEPH PASCKITTI, and Others, Respondents.— Order granting respondents' motion to open default, to set aside attachment and commitment and to direct satisfaction of judgment upon payment of $680.66, reversed on the law and the facts, without costs, and matter remitted to the Special Term to ascertain the net amount due upon the judgment in connection with the determination of the fine that may be imposed in the contempt proceeding in the event the default be not opened. Lazansky, P. J., Carswell, Scudder and Davis, JJ., concur; Hagarty, J., votes for reversal and a denial of the motion.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of WILLIAM MARSHALL, as Executor, etc., of JAMES MULLEN, Deceased. EVERETT TILLOTSON, Appellant; WILLIAM MARSHALL, as Executor, etc., of JAMES MULLEN, Deceased, and LUCINDA DONALDSON, Respondents.— That part of the decree of the Surrogate's Court of Westchester county from which appeal is taken unanimously affirmed, with costs, payable out of the estate, to both parties filing briefs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of HUGO SEIDENBERG and ROSE SEIDENBERG, Appellants, for a Mandamus Order against EDWARD P. BURWELL, Superintendent of the Bureau of Buildings, Borough of Queens, City of New York, Respondent.— Order dated November 18, 1930, dismissing petitioners' petition and alternative mandamus order, and order dated April 30, 1931, denying petitioners' motion to vacate said order of November 18, 1930, unanimously affirmed, with costs. The evidence justified the court below in directing the jury to find that no certificate to use the property for business purposes was issued. The use of the property for business purposes without a certificate of occupancy for such purpose was illegal. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

KERWIN & KERWIN, INC., Respondent, v. JOSEPH CASSIDY and Others, Doing Business under the Firm Name and Style of CASSIDY BROTHERS, Appellants.— Judgment and order of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

ABE MASS, Individually and as Guardian ad Litem of ARLYNNE MASS, an Infant, Respondent, v. LEO MOSER, Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

ALICE McCOLLISTER, Respondent, v. GINSBERG NEWS CO., INC., Appellant. — Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.